James S. McDougall, Respondent, v. The City of Buffalo, Impleaded with Mary Anna White, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon questions of law and fact, unless the plaintiff, within twenty days, stipulates to reduce the verdict to the sum of $2,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except McLennan, P. J., who voted for affirmance.

Mary A. Pollay, as Administratrix, etc., of Orville A. Pollay, Deceased, Respondent, v. Rome, Watertown and Ogdensburg Railroad Company and New York Central and Hudson River Railroad Company, Appellants.— Judgment and order affirmed, with costs. All concurred.

William C. Broadwell, Appellant, v. Jacob D. Conover, Respondent.— Judgment and order affirmed, with costs. All concurred.

Harry G. Soper, Respondent, v. Edward H. Butler, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon questions of law and fact, unless the plaintiff within twenty days stipulates to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except McLennan, P. J., who voted for reversal.

Anthony Nigro, Respondent, v. Lyons Beet Sugar Refining Company, Appellant.— Judgment affirmed, with costs. All concurred.

Frances Burkhardt, Respondent, v. Catherine Ryan, Appellant, Impleaded with Daniel Ryan and Frank McClellan.— Judgment affirmed, with costs. All concurred.

Charles Hickey, Respondent, v. Corson Manufacturing Company, Appellant. — Interlocutory judgment affirmed, with costs, with leave to defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Anna M. C. Wilkin, Respondent, v. Charles E. Cunningham and Others Impleaded with Marie L. Cunningham, McMorrow, and Others, Appellants.— Judgment affirmed, without costs of this appeal to either party. All concurred.

In the Matter of the Accounting of Frank T. Ellison, as Administrator, etc., of George W. Ellison, Deceased, Appellant. Katherine E. Morrisse, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Timothy Foley, Appellant, v. Josiah P. Wright, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented.

Ernest J. Filkins, Respondent, v. Fred E. Mason, Appellant.— Judgment and order affirmed, with costs. All concurred.

Elmer E. Atkinson, Respondent, v. Consolidated Rendering Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Bernard Schweid, Appellant, v. George Bantel, Respondent.— Judgment affirmed, with costs. All concurred.

James N. Fulton, Respondent, v. Continental Paper Bag Company, Appellant.— Judgment and order affirmed, with costs. All concurred.